1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2       Including Professional Corporations
   PHILLIP A. DAVIS, Cal. Bar No. 110430
3  pdavis@sheppardmullin.com
   333 South Hope Street, 48th Floor
4  Los Angeles, California  90071-1448
   Telephone:    213-620-1780
5  Facsimile:    213-620-1398

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
7       Including Professional Corporations
   TED C. LINDQUIST, III. Cal. Bar. No. 178523
8  tlindquist@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
9  San Francisco, CA  94111
   Telephone:    415-434-9100
10 Facsimile:    415-434-3947

11 Attorneys for Defendant *Specially Appearing*
   Brilliant Manufacturing Ltd.
12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15              SAN FRANCISCO DIVISION

16

17 Procurement Partners International, Inc.,          No. C 07-00890 MHP

18            Plaintiff,                              **STIPULATION FOR EXTENSION OF
                                                     TIME TO RESPOND TO COMPLAINT;**
19      v.                                           ~~[PROPOSED]~~ **ORDER**

20 Brilliant Manufacturing Ltd., and DOES 1          [Complaint filed on Jan. 5, 2007 in
   through 10, inclusive,                            San Francisco Superior Court, Case
21                                                   No. CGC-07-459332; Removal filed on
            Defendants.                              Feb. 12, 2007]
22

23                    **STIPULATION**

24

25      1.      WHEREAS plaintiff Procurement Partners International, Inc. ("PPI" or "plaintiff")

26 filed its Complaint in this action on January 5, 2007 in the San Francisco County Superior Court,

27 Case No. CGC0970459332;

28
                                   -1-
W02-WEST:LCW\400207230.1                  STIPULATION AND ORDER EXTENDING TIME TO
                                          RESPOND TO SUMMONS AND COMPLAINT
SFODMS/6515099.1

1    2.    WHEREAS PPI delivered its Complaint to defendant Brilliant Manufacturing Ltd.

2    ("Brilliant" or "defendant") in Singapore on January 11, 2007;

3

4    3.    WHEREAS Brilliant removed the Complaint to this Court on February 12, 2007;

5

6    4.    WHEREAS the deadline for Brilliant to respond to plaintiff's Complaint is

7    February 20, 2007;

8

9    5.    WHEREAS PPI and Brilliant seek additional time to allow all parties to engage in

10   good faith settlement discussions that involve both this action and a related action currently

11   pending between the parties in the High Court of the Republic of Singapore, entitled Brilliant

12   Manufacturing Ltd. v. Procurement Partners International, Inc., Case No. S680/2006/T;

13

14   6.    WHEREAS the parties have not previously requested extensions of time from this

15   Court;

16

17   7.    WHEREAS PPI has agreed to grant Brilliant an extension of time up to and

18   including Friday March 30, 2007 (46 days) to respond to PPI's Complaint, so that all parties may

19   discuss possible settlement;

20

21   8.    WHEREAS the parties have further agreed that this stipulation is entered into

22   under a full reservation of rights and without prejudice to any party, such that neither party will

23   argue or contend that the other party violated any court order (including any order of the High

24   Court of the Republic of Singapore in suit number S680/2006/T), or waived any rights to contest

25   personal jurisdiction or the appropriateness of this forum considering the existence of the

26   Singapore action and/or claims asserted therein, or to assert forum non conveniens as to this Court,

27   when it removed this case from state court to this Court, when it negotiated, communicated

28   regarding, and signed this stipulation and presented it to this Court, or when it negotiates and

-2-

1    communicates regarding possible settlement. This includes, without limitation, any

2    communications or actions by the parties regarding removal, this stipulation, or regarding

3    settlement or Brilliant's request for an extension to respond to the Complaint herein.

4

5          NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,

6    subject to the consent of this Honorable Court, that Brilliant may have an extension of time up to

7    and including March 30, 2007 to respond to the Complaint.

8

9    Dated:  February __, 2007          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

10

11                                        By        /S/
                                                _____
12                                                  Phillip A. Davis
                                                    Ted C. Lindquist, III
                                                Attorneys for Defendant *Specially Appearing*
13                                                BRILLIANT MANUFACTURING LTD.

14   Dated:  February 16, 2007          BAKER & McKENZIE LLP

15

16                                        By      _____
17                                                  Bruce H. Jackson
                                                  Christopher Van Gundy
18                                                Attorneys for Plaintiff
                                                PROCUREMENT PARTNERS INTERNATIONAL,
19                                                                INC.

20

21                                      [PROPOSED]

22                                        ORDER

23

24          Upon consideration of the foregoing stipulation and good cause appearing therefor:  IT IS

25   HEREBY ORDERED that defendant Brilliant shall have up to and including March 30, 2007 to

26   respond to the Complaint.  Accordingly, the deadlines set forth in this Court's Order Setting Initial

27   Case Management Conference and ADR Deadlines filed February 12, 2007 are all continued 30

28   days, and the Case Management Conference is continued to June 25, 2007.

                                              -3-

1   IT IS FURTHER ORDERED that this Order and the accompanying stipulation are

2   entered into under a full reservation of rights and without prejudice to any party, such that neither

3   party will argue or contend that the other party violated any court order (including any order of the

4   High Court of the Republic of Singapore in suit number S680/2006/T), or waived any rights to

5   contest personal jurisdiction or the appropriateness of this forum considering the existence of the

6   Singapore action and/or claims asserted therein, or to assert forum non conveniens as to this Court,

7   when it removed this case from state court to this Court, when it negotiated, communicated

8   regarding, and signed this stipulation and presented it to this Court, or when it negotiates and

9   communicates regarding possible settlement.  This includes, without limitation, any

10  communications or actions by the parties regarding removal, this stipulation, or regarding

11  settlement or Brilliant's request for an extension to respond to the Complaint herein.

12

13  IT IS FURTHER ORDERED that Brilliant's counsel has signed this stipulation under a

14  Special Appearance, on the basis that Brilliant is not submitting itself or this dispute to the

15  jurisdiction of this Court, and reserving Brilliant's right to contend that Brilliant is not subject to

16  personal jurisdiction in this Court and that this Court is an inconvenient forum or is not the

17  appropriate forum.

18

19  Dated: February 22, 2007

20

21

22  By _____

23  

24

25

26

27

28

W02-WEST:LCW\400207230.1

SFODMS/6515099.1

STIPULATION AND ORDER EXTENDING TIME TO
RESPOND TO SUMMONS AND COMPLAINT