1  Bruce H. Jackson, State Bar No. 98118
   Christopher Van Gundy, State Bar No. 152359
2  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
3  San Francisco, CA 94111
   Telephone: +1 415 576 3000
4  Facsimile:  +1 415 576 3099

5  Attorneys for Plaintiff
   PROCUREMENT PARTNERS
6  INTERNATIONAL, INC.

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | PROCUREMENT PARTNERS          | No. C-07-0890
   | INTERNATIONAL, INC.,          |
13 |                               | **VOLUNTARY DISMISSAL OF**
   |        Plaintiff,             | **ACTION [FED.R.CIV.P. 41(a)(1)]**
14 |                               |
   |    v.                         | [FILED VIA E-FILING]
15 |                               |
   | BRILLIANT MANUFACTURING LTD., and
16 | DOES 1 through 10, inclusive,
17 |        Defendants.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6518544.1

NOTICE OF VOLUNTARY DISMISSAL OF ACTION                    No. C-07-0890

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Procurement Partners International, Inc. hereby voluntarily dismisses its Complaint against Defendant Brilliant Manufacturing Ltd. and Does 1 through 10, without prejudice. This action is therefore dismissed in its entirety, with all parties to bear their own costs.

Dated:  April 2, 2007

Bruce H. Jackson
Christopher Van Gundy
**BAKER & McKENZIE LLP**

By: _____
Christopher Van Gundy
Attorneys for Plaintiff
PROCUREMENT PARTNERS
INTERNATIONAL, INC.

April 6, 2007

**IT IS SO ORDERED**
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6518544.1

1

NOTICE OF VOLUNTARY DISMISSAL OF ACTION

No. C-07-0890